Roy H. Wepner
Charles P. Kennedy
Natalie S. Richer
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866
*Attorneys for Plaintiff Ezaki Glico Kabushiki Kaisha,
d/b/a Ezaki Glico*

**Document Filed Electronically**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EZAKI GLICO KABUSHIKI KAISHA, d/b/a EZAKI GLICO, a Japanese Corporation, | : : : | Civil Action No. 15-5477-MCA-LDW |
| Plaintiff, | : : | District Judge Madeline Cox Arleo |
| v. | : : | Magistrate Judge Leda Dunn Wettre |
| LOTTE INTERNATIONAL AMERICA CORP., | : : | |
| Defendant. | x | |

### NOTICE OF APPEARANCE OF CHARLES P. KENNEDY

Please enter the appearance of the following counsel for Plaintiff Ezaki Glico Kabushiki Kaisha, d/b/a Ezaki Glico in the above-captioned matter:

> Charles P. Kennedy
> LERNER, DAVID, LITTENBERG,
>   KRUMHOLZ & MENTLIK, LLP
> 600 South Avenue West
> Westfield, NJ 07090-1497
> Tel:   908.654.5000
> E-mail: CKennedy@ldlkm.com
>          Litigation@ldlkm.com

>> Respectfully submitted,
>>
>> LERNER, DAVID, LITTENBERG,
>>   KRUMHOLZ & MENTLIK, LLP
>> *Attorneys for Plaintiff*

Dated: July 14, 2015                 By:     s/ Charles P. Kennedy
                                                 Charles P. Kennedy

4135720_1.docx