Roy H. Wepner
Charles P. Kennedy
Natalie S. Richer
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:    908.654.5000
Fax:    908.654.7866
*Attorneys for Plaintiff Ezaki Glico Kabushiki Kaisha,
d/b/a Ezaki Glico*

**Document Filed Electronically**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EZAKI GLICO KABUSHIKI KAISHA, d/b/a EZAKI GLICO, a Japanese Corporation, | : : : | Civil Action No. 15-5477-MCA-LDW |
| Plaintiff, | : : | District Judge Madeline Cox Arleo |
| v. | : : | Magistrate Judge Leda Dunn Wettre |
| LOTTE INTERNATIONAL AMERICA CORP., | : : | |
| Defendant. | x | |

## NOTICE OF APPEARANCE OF NATALIE S. RICHER

Please enter the appearance of the following counsel for Plaintiff Ezaki Glico Kabushiki Kaisha, d/b/a Ezaki Glico in the above-captioned matter:

>Natalie S. Richer
>LERNER, DAVID, LITTENBERG,
> KRUMHOLZ & MENTLIK, LLP
>600 South Avenue West
>Westfield, NJ 07090-1497
>Tel:    908.654.5000
>E-mail: NRicher@ldlkm.com
>          Litigation@ldlkm.com

>Respectfully submitted,

>LERNER, DAVID, LITTENBERG,
> KRUMHOLZ & MENTLIK, LLP
>*Attorneys for Plaintiff*

Dated: July 14, 2015                    By:    s/ Natalie S. Richer
                                                     Natalie S. Richer

4135764_1.docx