Roy H. Wepner
Charles P. Kennedy
Natalie S. Richer
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

*Attorneys for Plaintiffs Ezaki Glico Kabushiki Kaisha
d/b/a Ezaki Glico Co. Ltd. and Ezaki Glico USA Corporation*

**Document Filed Electronically**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| EZAKI GLICO KABUSHIKI KAISHA d/b/a EZAKI GLICO CO., LTD., a Japanese Corporation, and EZAKI GLICO USA CORPORATION, a California Corporation, | Civil Action No. 15-5477-MCA-LDW <br><br> District Judge Madeline Cox Arleo <br> Magistrate Judge Leda Dunn Wettre |
| Plaintiffs, | |
| v. | |
| LOTTE INTERNATIONAL AMERICA CORP., a New Jersey Corporation, | |
| Defendant. | |

[Proposed] **ORDER FOR ADMISSION *PRO HAC VICE* OF MATTHEW A. BARLOW**

THIS MATTER having come before the Court on the application of plaintiffs Ezaki Glico Kabushiki Kaisha, *d/b/a* Ezaki Glico Co. Ltd., and Ezaki Glico USA Corp. (collectively "Ezaki") for the entry of an order granting the admission *pro hac vice* of Matthew A. Barlow and the Court having considered the Declaration of Natalie S. Richer, as well as the Declaration of Matthew A. Barlow in support of the application; and it appearing that:

Matthew A. Barlow is a member in good standing of the Bar of the State of Utah;

IT IS ORDERED that Matthew A. Barlow be admitted pro hac vice; and

FURTHER ORDERED that Matthew A. Barlow shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with R. 1:28-2 within twenty (20) days from the dated entry of this Order for each year the case is pending; and

FURTHER ORDERED that Matthew A. Barlow shall pay the fee of $150 to the Clerk of this Court pursuant to L. Civ. R. 101.1(c)(3) within twenty (20) days from the date of the entry of this Order; and

FURTHER ORDERED that Matthew A. Barlow shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including the provisions of L. Civ. R. 103.1 (Judicial Ethics and Professional Responsibility) and L. Civ. R. 104.1 (Discipline of Attorneys); and

FURTHER ORDERED that Matthew A. Barlow notify this Court immediately of any disciplinary charges brought against them in the bar of any other court; and

FURTHER ORDERED that Matthew A. Barlow shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and

FURTHER ORDERED that Lerner, David, Littenberg, Krumholz & Mentlik, LLP may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

**SO ORDERED:**
Dated: 5/18/16

Leda Dunn Wettre, U.S.M.J.