

Lerner David Littenberg
Krumholz & Mentlik LLP
600 South Avenue West
Westfield NJ 07090
908 654 5000 main
lernerdavid.com

**Natalie S. Richer**
908.518.6381
nricher@lernerdavid.com

April 21, 2017

**Document Filed Electronically**

The Honorable Leda Dunn Wettre
United States Magistrate Judge
United States District Court
 For the District of New Jersey
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street,
Newark, NJ 07101

        Re:    EZAKI 6.1-001
                *Ezaki Glico Kabushiki Kaisha v. Lotte International America Corp.*
                Civil Action No. 15-5477-MCA-LDW

Dear Magistrate Judge Wettre:

      This firm, along with Hogan Lovells US LLP, represents Plaintiffs Ezaki Glico Kabushiki Kaisha, *d/b/a* Ezaki Glico Co., Ltd., and Ezaki Glico USA Corp. (collectively "Ezaki") in the above-referenced action.

      We respectfully request that Steven Mark Levitan, Anna Kurian Shaw, James Robert Cady, Birte Hoehne Mahyera, Katherine Bastian Phillips, and Lauren Beth Cury be admitted *pro hac vice* in the above-referenced action. In support of our request, we are forwarding herewith a declaration of each of Natalie S. Richer, Steven Mark Levitan, Anna Kurian Shaw, James Robert Cady, Birte Hoehne Mahyera, Katherine Bastian Phillips, and Lauren Beth Cury, as well as a proposed Order for Your Honor's approval. Defendant Lotte Int'l America Corp. has provided its consent to our submission of this application. In accordance with Your Honor's judicial preference, in view of such consent, we do not file a formal motion.

      Should Your Honor have any questions regarding the proposed Order, we are available to discuss them at Your Honor's convenience. Otherwise, we respectfully request Your Honor's approval and entry of the Order.

      We thank the Court for its consideration of this matter.

                        Respectfully submitted,

                        LERNER, DAVID, LITTENBERG,
                         KRUMHOLZ & MENTLIK, LLP
                      *Attorneys for Plaintiffs Ezaki Glico Kabushiki Kaisha, d/b/a*
                      *Ezaki Glico Co., Ltd., and Ezaki Glico USA Corp.*

                        By:_____
                              Natalie S. Richer

NSR/grh
Enclosures

cc:    All Counsel (via ECF)

4959345_1.docx