# EXHIBIT 1

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**  Reg. No. 1,527,208
Registered Feb. 28, 1989

## TRADEMARK
### PRINCIPAL REGISTER



EZAKI GLICO KABUSHIKI KAISHA (JAPAN CORPORATION), TA EZAKI GLICO
6-5, 4-CHOME, UTAJIMA, NISHIYO-DOGAWAKU
OSAKA, JAPAN

FOR: CHOCOLATE COVERED CANDY STICK, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-31-1966; IN COMMERCE 8-0-1978.

THE LINING AND/OR STIPPLING IS FOR SHADING PURPOSES AND DOES NOT INDICATE COLOR.

THE MARK COMPRISES AN ELONGATED ROD COMPRISING BISCUIT OR THE LIKE, PARTIALLY COVERED WITH CHOCOLATE.

SEC. 2(F).

SER. NO. 701,323, FILED 12-16-1987.

JULIE B. SEYLER, EXAMINING ATTORNEY

# EXHIBIT 2

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 1,986,404

**United States Patent and Trademark Office** Registered July 9, 1996

## TRADEMARK
### SUPPLEMENTAL REGISTER



EZAKI GLICO KABUSHIKI KAISHA (JAPAN CORPORATION), DBA EZAKI GLICO, 6-5, UTAJIMA,4-CHOME, NISHIYO-DOGAWAKU OSAKA, JAPAN

FOR: BISCUIT IN THE FORM OF A STICK, COVERED WITH CHOCOLATE OR CREAM AND ALMONDS, IN CLASS 30 (U.S. CL. 46). FIRST USE 3-0-1992; IN COMMERCE 3-0-1992.

THE MARK CONSISTS OF THE CONFIGURATION OF THE APPLICANT'S GOODS, WHICH ARE BISCUIT STICKS, COVERED WITH CHOCOLATE OR CREAM AND ALMONDS.

SER. NO. 74-701,626, FILED P.R. 7-17-1995; AM. S.R. 7-17-1995.

ANGELA BISHOP WILSON, EXAMINING ATTORNEY

# EXHIBIT 3

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**  Reg. No. 2,615,119
Registered Sep. 3, 2002

## TRADEMARK
## PRINCIPAL REGISTER



EZAKI GLICO KABUSHIKI KAISHA (JAPAN CORPORATION), DBA EZAKI GLICO COMPANY, LIMITED
6-5, UTAJIMA,4-CHOME
NISHIYODOGAWAKU, OSAKA, JAPAN

FOR: BISCUIT STICK PARTIALLY COVERED WITH CHOCOLATE OR CREAM IN WHICH ARE MIXED CRUSHED PIECES OF ALMOND, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-0-1992; IN COMMERCE 3-0-1992.

OWNER OF U.S. REG. NOS. 1,527,208 AND 1,986,404.

THE MARK CONSISTS OF THE CONFIGURATION OF THE APPLICANT'S GOODS WHICH ARE BISCUIT STICKS, COVERED WITH CHOCOLATE OR CREAM AND ALMONDS.

SEC. 2(F).

SER. NO. 76-323,612, FILED 10-10-2001.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY