*Confidential – Subject to Motion to Seal*

Roy H. Wepner
Charles P. Kennedy
Natalie S. Richer
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:    908.654.5000
Fax:   908.654.7866

**OF COUNSEL**
Steven M. Levitan (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
4085 Campbell Avenue
Suite 100
Menlo Park, CA 94025
Tel: 650.463.4000
Fax: 650.463.4199

*Attorneys for Plaintiffs Ezaki Glico Kabushiki Kaisha,
d/b/a Ezaki Glico Co., Ltd. and Ezaki Glico USA Corp.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EZAKI GLICO KABUSHIKI KAISHA, d/b/a EZAKI GLICO CO., LTD., and EZAKI GLICO USA CORPORATION, :<br><br>Plaintiffs,<br><br>v.<br><br>LOTTE INTERNATIONAL AMERICA CORP., and LOTTE CONFECTIONARY CO. LTD.,<br><br>Defendants. | Civil Action No. 15-5477-MCA-LDW<br><br>District Judge Madeline Cox Arleo<br>Magistrate Judge Leda Dunn Wettre<br><br>Return Date: November 5, 2018<br>Time: 10:00 a.m.<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' EVIDENTIARY OBJECTIONS IN REPLY TO
DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

*Confidential – Subject to Motion to Seal*

      Plaintiffs Ezaki Glico Kabushiki Kaisha, d/b/a Ezaki Glico Co., Ltd. and Ezaki Glico USA Corp. ("Plaintiffs" or "Glico") submit these additional evidentiary objections to certain items of purported "evidence" cited by Defendants Lotte Confectionary Co. Ltd. and Lotte International America Corp. ("Defendants" or "Lotte") in their "Opposition to Plaintiffs' Partial Motion for Summary Judgment on Defendants' Affirmative Defenses of Prior User and Fraud" (Dkt. No. 257), and in their Responsive Statement of Disputed Facts and Supplemental Statement of Undisputed Material Facts (Dkt. No. 257-1).

      Summary judgment is appropriate if "the moving party has shown that the evidentiary material on the record, *if reduced to admissible evidence*, is insufficient to permit the nonmoving party to carry its burden of proof, and there are no disputes as to issues of material fact." *Palan v. Inovio Pharm. Inc.*, 653 F. App'x 97, 99–100 (3d Cir. 2016) (citing *Celotex Corp. v. Catrett*, 477 U.S. 317, 322–23 (1986)) (emphasis added). Further, affidavits and declarations considered on summary judgment must "set out facts that would be admissible in evidence." Fed. R. Civ. P. 56(c)(4). Glico objects to the specific items listed herein, submitted in support of Lotte's Opposition brief (Dkt. No. 257) and accompanying filings, on the grounds that they cannot be presented in a form that would be admissible in evidence. Fed. R. Civ. P. 56(c)(2).

      Glico respectfully requests the Court to exclude Lotte's inadmissible evidence from consideration when deciding Glico's motion. Fed. R. Civ. P. 56(e)(4).

*Confidential – Subject to Motion to Seal*

| Source | Citations | Basis for Objection | Objection Details | Court's Decision |
|---|---|---|---|---|
| **Hallerman Exhibit 53** EZAKI0184924 (Dkt. 229-53) | Dkt. 257-1, Lotte's Responsive Statement of Disputed Facts,[1] ¶¶ 46, 48, 49, 73, 79, 81, 88, 89, 90, 91; Dkt. 257-1, Lotte's Supplemental SUMF, ¶¶ 4, 6, 7; Dkt. 257, Lotte's Opp. to Glico's MSJ pp. 5, 8. | Fed. R. Evid. 602, 802, 803, 805 | ███ Dkt. 227-1, ¶ 70; Dkt. 227-36; *Langbord v. U.S. Dep't of Treasury*, 832 F.3d 170, 191 (3d Cir. 2016), 137 S. Ct. 1578(2017)(noting that while a document might be admissible under FRE 803(16), that does not necessarily justify admitting hearsay statements contained therein because "there is no guarantee that a hearsay statement contained in the ancient document is accurate" and "stronger precedent supports the application of Rule 805 [hearsay within hearsay] to ancient documents"); Fed. R. Evid. 803, Notes of Advisory Committee on Proposed Rules (2014)("In a hearsay situation, the declarant is, of course, a witness, and neither this rule nor Rule 804 dispenses with the requirement of firsthand knowledge"). | ☐ Sustained<br><br>☐ Overruled |

---

[1] Dkt. 257-1 refers to Defendants' Responsive Statement of Disputed Facts and Supplemental Statement of Undisputed Material Facts.

*Confidential – Subject to Motion to Seal*

| Source | Citations | Basis for Objection | Objection Details | Court's Decision |
|---|---|---|---|---|
| **Hallerman Exhibit 73** LOTTE00001716–19. (Dkt. 229-73) | Dkt. 257-1, Lotte's Responsive Statement of Disputed Facts, ¶ 45; Dkt. 257-1, Lotte's Supplemental SUMF, ¶ 11 | Fed. R. Evid. 901 | Lotte cannot authenticate this picture, which purportedly shows packages of Pepero in the Original, Almond, White Cookie, and Nude varieties. There is nothing to indicate the origin of this photograph or the sourcing of what it depicts. | ☐ Sustained<br>☐ Overruled |
| **Expert Report of Leon Levine** (Dkt. 229-5) | Dkt. 257-1, Lotte's Responsive Statement of Disputed Facts, ¶ 45 | Fed. R. Evid. 802 | Lotte cites the Expert Report of Leon Levine, ¶¶ 61–62, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Expert reports are inadmissible hearsay. | ☐ Sustained<br>☐ Overruled |

*Confidential – Subject to Motion to Seal*

Dated: November 8, 2018

Respectfully submitted,
/s/  *Roy H. Wepner*

Roy H. Wepner
Charles P. Kennedy
Natalie S. Richer
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

/s/  *Steven M. Levitan*

Steven M. Levitan (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
4085 Campbell Avenue
Suite 100
Menlo Park, CA 94025
Tel: 650.463.4000
Fax: 650.463.4199

Anna Kurian Shaw
(admitted *pro hac vice*)
Katherine Bastian
(admitted *pro hac vice*)
Lauren Cury
(admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: 202.637.5600

Aaron S. Oakley
(admitted *pro hac vice*)
Katherine Armstrong Nelson
(admitted *pro hac vice*)
HOGAN LOVELLS US LLP
1601 Wewatta St #900
Denver, CO 80202
Tel: (303) 899-7300

*Attorneys for Plaintiffs Ezaki Glico
Kabushiki Kaisha, d/b/a Ezaki Glico Co., Ltd. and
Ezaki Glico USA Corporation*