Roy H. Wepner
Charles P. Kennedy
Natalie S. Richer
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

**OF COUNSEL**
Steven M. Levitan (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
4085 Campbell Avenue
Suite 100
Menlo Park, CA 94025
Tel: 650.463.4000
Fax: 650.463.4199

*Attorneys for Plaintiffs Ezaki Glico Kabushiki Kaisha,*
*d/b/a Ezaki Glico and Ezaki Glico USA Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EZAKI GLICO KABUSHIKI KAISHA, d/b/a EZAKI GLICO CO., LTD., and EZAKI GLICO USA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>LOTTE INTERNATIONAL AMERICA CORP. and LOTTE CONFECTIONERY CO. LTD.,<br><br>Defendants. | Civil Action No. 15-5477-MCA-LDW<br><br>District Judge Madeline Cox Arleo<br>Magistrate Judge Leda Dunn Wettre<br><br>Return Date: November 5, 2018<br>Time: 10:00 a.m.<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF AARON S. OAKLEY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANTS' AFFIRMATIVE DEFENSES OF PRIOR USE AND FRAUD**

I, Aaron S. Oakley, declare as follows:

1. I am over the age of 18 and competent to testify in this matter.

2. I am a Senior Associate at the law firm of Hogan Lovells US LLP, counsel for Plaintiffs Ezaki Glico Kabushiki Kaisha, d/b/a Ezaki Glico Co., Ltd. and Ezaki Glico USA Corp. (collectively, "**Glico**").

3. Except where explicitly stated below, I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, I can and will testify to these facts in court.

4. Attached as Exhibit 90 contains true and correct excerpts from the transcript of the deposition of Sung Sik Eum taken September 12, 2017.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 8, 2018.   By: _____
                                    Aaron S. Oakley

1

# Exhibit 90

# CONFIDENTIAL- SUBJECT TO MOTION TO SEAL